IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT JOSEPH KARR, III**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**#21-1315**

v.　　　　　　　　　　　2:21-cv-00161-JM-JJV

**ROSS, Officer,**
**Phillips County Detention Center;** *et al.*　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received a Recommendation, filed by Magistrate Judge Joe J. Volpe. Plaintiff has not filed objections, and the time to do so has expired. After careful review of the record, the Court approves and adopts the recommendation in all respects.

IT IS THEREFORE ORDERED that:

The Complaint (Doc. No. 1) is DISMISSED without prejudice due to a lack of prosecution and failure to satisfy the statutory filing fee requirement within the time allowed. This case is CLOSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED, this 21st day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE