IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT JOSEPH KARR, III**                                                                    **PLAINTIFF**
**#21-1315**

v.                                            2:21-cv-00161-JM-JJV

**ROSS, Officer,**
**Phillips County Detention Center;** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, the Complaint is DISMISSED without prejudice, and this case is CLOSED. All relief sought is denied. The Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 21st day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE